**Order filed March 1, 2018.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-17-00598-CV

_____

## IN THE INTEREST OF F.E.N., CHILD

**On Appeal from the 314th District Court
Harris County, Texas
Trial Court Cause No. 2011-00355J**

## ORDER

This is an appeal from a judgment signed June 22, 2017. On February 14, 2018, the clerk of this court issued mandate in accordance with this court's judgment to the District Clerk of Harris County, Texas.

On February 21, 2018, appellee filed a motion for en banc reconsideration in this case. The court orders the mandate recalled from the District Clerk of Harris County, Texas.

PER CURIAM

Panel consists of Justices Boyce, Jamison, and Brown.